IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 06-101-M |
| | : | |
| FERNANDO NUNEZ-ZARCO | : | |

ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance, pursuant to the Criminal Justice Act, as counsel for Fernando Nunez-Zarco in the above case, effective *nunc pro tunc* March 15, 2006.

Respectfully submitted

/s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004
(202) 898-0857
(202) 544-0024 (fax)
rkgesq@juno.com

Attorney for Defendant