IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. JFM 050388 |
| WALDEN B. PINTO-CHOSCO | : | |
| Defendant | : | |

## LINE

Madam Clerk:

 Please enter the appearance of Luiz R.S. Simmons, Esquire as Counsel for Defendant Walden B. Pinto-Chosco in the above-captioned matter.

            Respectfully submitted,
            Auerbach & Simmons


            _____/s/_____
            Luiz R. S. Simmons
            8613 Cedar Street
            Silver Spring, MD  20910
            (301) 589-8844
            Attorney for Defendant

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing Line was sent this l8th day of April, 2006, to Assistant U. S. Attorney Harry Gruber, U. S. Attorney's Office, 36 South Charles Street, Fourth Floor, Baltimore, MD 2l20l.

            _____/s/_____
            Luiz R. S. Simmons