IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant | : | |

## **LINE**

The Defendant demands a speedy trial.

                                                      Respectfully submitted,
                                                    AUERBACH & SIMMONS

                                            _____/s/_____
                                                    Luiz R. S. Simmons, Esq.
                                                    8613 Cedar Street
                                                    Silver Spring, MD 20910
                                                    Phone: (301) 589-8844
                                                    Fax:   (301) 589-7343
                                                    Luizlaw@aol.com
                                                    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Line was sent, this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

                                                    _____/s/_____
                                                    Luiz R. S. Simmons, Esq.
                                                    8613 Cedar Street
                                                    Silver Spring, MD 20910
                                                    Phone: (301) 589-8844
                                                    Fax:   (301) 589-7343
                                                    Luizlaw@aol.com
                                                    Attorney for Defendant