IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : |
| Defendant | : |

**MOTION TO SUPPRESS ORAL
AND WRITTEN STATEMENTS BY DEFENDANT**

Defendant, Fernando Nunez-Zarco, by his Attorney, Luiz R. S. Simmons, pursuant to Rule l2 (b)(3) of the Federal Rules of Criminal Procedure, moves to suppress any and all oral and written statements alleged by the United States of America to have been made by the Defendant and for grounds therefor says:

1. The statements which are the subject of this Motion include any and all oral and written statements which the United States of America contends were made by the Defendant at any time.

2. Reasons for suppression:
   (a) The alleged oral and written statements are not the statements of the Defendant.
   (b) The alleged oral and written statements are not the voluntary statements of the Defendant.
   (c) The alleged oral and written statements contain statements from the Defendant in violation of his rights under the constitution of the United States.
   (d) The alleged oral and written statements were extracted from the Defendant without the proper advice and waiver of his constitutional rights as required by law.
   (e) The alleged oral and written statements are otherwise illegal, inadmissible and prejudicial to the rights of the Defendant in the trial of the instant case.
   (f) That Defendant was not advised of his right to counsel prior to the making of said alleged oral and written statements and was not in fact represented by counsel at the time they were allegedly made.
   (g) And for such other and further reasons as will be set forth at the hearing on this Motion.

WHEREFORE, Defendant prays:

(a) That this Court order schedule a hearing on this Motion forthwith.
(b) That this Court order that any and all oral and written statements alleged to have been made by the Defendant be suppressed at the trial of his case.
(c) For such other and further relief as the nature of his case may require.

                                                                Respectfully submitted,
                                                                 AUERBACH & SIMMONS

                                          _____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Line was sent, this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

                                          _____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant | : | |

## ORDER

The Defendant's Motion to Suppress Oral and Written Statements by Defendant, having been read and considered, it is this ___ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED,** that Defendant's Motion be and same is hereby **GRANTED**, and it is further,

**ORDERED**, that a hearing be scheduled on this Motion, and it is further,

**ORDERED,** that this Honorable Court order that any and all oral and written statements alleged to have been made by the Defendant be suppressed at the trial of his case.

_____
JUDGE