IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO : | |
| Defendant : | |

## MOTION TO SUPPRESS EVIDENCE
## OBTAINED BY SEARCH AND SEIZURE

COMES NOW the Defendant, Fernando Nunez-Zarco, by his Attorney, Luiz R.S. Simmons, pursuant to Rule l2 (b) (3) of the Federal Rules of Criminal Procedure, moves to quash a search warrant, and to suppress as evidence the articles taken by means of such search and seizure and any evidence gained by means of such search. The grounds for this Motion are:

1. The warrant was illegally executed.

2. The warrant was insufficient on its face.

3. The affidavit upon which the warrant was issued contained false representations of fact.

4. The property seized was not sufficiently described by the warrant.

5. There was no probable cause for believing the existence of the grounds on which the warrant was issued.

6. And for such other and further reasons as may be assigned at the Hearing on this Motion.

7. That the trial on these causes on the merits will be lengthy and time-consuming involving the testimony of numerous witnesses and experts on both sides.

8. That the Court's holding on this Motion to quash the search warrant and suppress evidence may be dispositive of all of the above-captioned causes.

9. That it is in the interest of the Defendant as well as the state that this matter be specially set prior to the trial on the merits.

10. That the issuing Judge has already formulated an opinion as to whether or not the

application for the warrant states probable cause on its face, and in order to insure absolute objectivity in the consideration of these matters another Judge should be assigned to hear these Motions.

WHEREFORE your movant prays:

    1.    That the hearing on this Motion be specially set prior to the trial on the merits at a time when a Judge other than the issuing Judge is sitting.

    2.    That this Honorable Court quash the search warrant.

    3.    That this Honorable Court suppress any and all evidence obtained by means of such search warrant.

Respectfully submitted,
AUERBACH & SIMMONS

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line was sent this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA :| |
| v. : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO : | |
| Defendant : | |

### **ORDER**

The Defendant's Motion to Suppress Evidence Obtained by Search and Seizure, having been read and considered, it is this ___ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED**, that Defendant's Motion be and same is hereby **GRANTED**, and it is further,

**ORDERED,** that the hearing on this Motion be specially set prior to the trial on the merits at a time when a Judge other than the issuing Judge is sitting, and it is further,

**ORDERED**, that this Honorable Court quash the search warrant, and it is further,

**ORDERED,** that this Honorable Court suppress any and all evidence obtained by means of such search warrant.

_____
JUDGE