**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : |
| Defendant | : |

**MOTION TO SUPPRESS EVIDENCE
OBTAINED BY WARRANTLESS SEARCH AND SEIZURE**

Defendant, Fernando Nunez-Zarco, by his Attorney, Luiz R. S. Simmons, pursuant to Rule l2 (b)(3) of the Federal Rules of Criminal Procedure, moves to suppress at the trial of the above-entitled case the following items of evidence for the following reasons:

1. Items of evidence:
   (a) Any physical or other tangible evidence procured from the Defendant, or others, by seizure or process.

2. Reasons:
   (a) The search was unconstitutional and illegal.
   (b) The seizure was unconstitutional and illegal.
   (c) The search and seizure was incident to an unlawful arrest and the fruits thereof should be excluded from evidence.
   (d) The Defendant did not consent to the search and seizure.
   (e) The search and seizure was conducted with an invalid search warrant.
   (f) The search and seizure was not conducted pursuant to a valid inventory.
   (g) And for such other and further reasons as will be set forth at the hearing on this Motion.

WHEREFORE, Defendant prays:

   (a) That this Court schedule a hearing on this Motion forthwith.
   (b) That this Court order the suppression of any physical or other tangible evidence procured from the Defendant, or others, by seizure or process.

(c) For such other and further relief as the nature of his case may require.

Respectfully submitted,
AUERBACH & SIMMONS

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone: (301) 589-8844
Fax:    (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Line was sent, this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone: (301) 589-8844
Fax:    (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant | : | |

## **ORDER**

_____The Defendant's Motion to Suppress Evidence Obtained by Warrantless Search and Seizure, having been read and considered, it is this \_\_\_ day of _____,2006, by the United States District Court for the District of Columbia,

**ORDERED,** that Defendant's Motion be and same is hereby **GRANTED**, and it is further,

**ORDERED**, that a hearing be scheduled on this Motion, and it is further,

**ORDERED**, that this Honorable Court order the suppression of any physical or other tangible evidence procured from the Defendant, or others, by seizure or process.


_____
JUDGE