**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant | : | |

**DEFENDANT'S REQUEST FOR DISCOVERY
AND MOTION TO PRODUCE DOCUMENTS**

The following requests are made in accordance with Rule l6 (a) (l) (A-E) of the Federal Rules of Criminal Procedure on behalf of the defendant in the above-entitled action by his undersigned attorney, and

a.   The request extends to material and information in the possession or control of the U. S. Attorney, members of his staff and any others who have participated in the investigation or evaluation of the case and who either regularly report, or with reference to this particular case, have reported to the U. S. Attorney or his office.

b.   The purpose of this request is to obtain disclosure of material and information to the fullest extent authorized and directed by Rule l6 (a) (l) (A-E) of the Federal Rules of Criminal Procedure and this general purpose shall supersede any language or expression which might otherwise appear to be a rotation upon the object or scope of any request.

c.   Captions or headings used to separate paragraphs are not part of the requests but are for convenience only.

d.   Material and information discovered by the U. S. Attorney after his initial compliance with these requests shall be furnished promptly after such discovery in accordance with Rule l6 (a) (l) (A-E) of the Federal Rules of Criminal Procedure.

e.   These requests in no way should be considered a waiver of any information required to be furnished without request by the U. S. Attorney.

The U. S. Attorney is requested to:

1.   Furnish to the defendant (a) any material or information which tends to negate the guilt of the defendant as to the offense(s) charged, (b) any material or information within his possession or control which would tend to reduce the defendant's punishment for such offense(s), (c) any relevant material or information regarding specific searches and seizures, (d) any relevant material or information regarding wire taps and eavesdropping, (e) any relevant material or information regarding the acquisition of statements made by the defendant, (f) any relevant material or information regarding pretrial identification of the defendant by a witness for the United States of America .

      2.      Disclose the name and address of each person whom the United States of America intends to call as a witness at a hearing or trial to prove its case-in-chief.

      3.      Disclose the name and address of each person whom the United States of America intends to call as a witness at a hearing or trial to rebut alibi testimony.

      4.      Furnish the defendant with the names, addresses, and physical descriptions of any persons other than the defendant who were arrested or otherwise taken into custody by police or prosecution officials as a possible suspect in this case in which the defendant is charged.

      5.      Furnish a copy of each written or recorded statement made by the defendant to a United States of America agent which the United States of America intends to use at a hearing or trial.

      6.      Furnish the substance of each oral statement made by the defendant to a United States of America agent which the United States of America intends to use at a hearing or trial.

      7.      Furnish a copy of all reports of each oral statement made by the defendant to a United States of America agent which the United States of America intends to use at a hearing or trial.

      8.      Furnish a copy of each written or recorded statement made by a co-defendant, and/or accomplice, and/or accessory after the fact to a United States of America agent which the United States of America intends to use at a hearing or trial.

      9.      Furnish the substance of each oral statement made by a co-defendant, and/or accomplice, and/or accessory after the fact to a United States of America agent which the United States of America intends to use at a hearing or trial.

      10.      Furnish a copy of all reports of each oral statement made by a co-defendant, and/or accomplice, and/or accessory after the fact to a United States of America agent which the United States of America intends to use at a hearing or trial.

      11.      Produce and permit the defendant to inspect and copy all written reports or statements made in connection with the defendant's case by each expert consulted by the United States of America, including the results of any physical or mental examination, scientific test, experiment or comparison.

      12.      Furnish the substance of any oral report and conclusion made in connection with the defendant's case by each expert consulted by the United States of America, including the results of any physical or mental examination, scientific test, experiment or comparison.

      13.      Produce and permit the defendant to inspect and copy any books, papers, documents, recordings or photographs which the United States of America intends to use at a hearing or trial.

      14.      Permit the defendant to inspect any photographs which police or prosecuting authorities may have exhibited to any witness for purposes of identification of the defendant, and any other photographs which the State intends to use in the trial of the defendant, and the presentation of its case-in-chief, and to

furnish the defendant with copies of the photographs, the names and addresses of witnesses who viewed the photographs, and the results of each viewing of the photographs.

15. Produce and permit the defendant to inspect and photograph any tangible objects which the United States of America intends to use at a hearing or trial.

16. Advise the defendant as to whether the defendant was confronted by identification witnesses in any manner other than a line-up while the defendant was in custody of police or prosecution authorities and, if so, to furnish the defendant the time, place, and circumstances of such confrontation, including the names and addresses of all persons participating in the confrontation.

17. Produce and permit the defendant to inspect, copy and photograph any items obtained from or belonging to the defendant, whether or not the United States of America intends to use the item at a hearing or trial.

18. To provide the defense with the name and address of any informant, confidential or otherwise, who was a participant in the alleged illegal act which is the basis for this Indictment, or who was a participant in any illegal act which formed any part of the basis for any warrant or process issued and executed in this case, or who was a participant in any illegal act which was relied upon by any law enforcement official as probable cause to make an arrest and/or search in this case.

19. To provide the defense with the name and assignment of any law enforcement officer, City, County, State, or Federal, who participated in any sale, purchase, or negotiation for the sale or purchase, of any contraband, if the sale, purchase, or negotiation formed any part of the basis for the charge for an arrest or search involving the defendant.

20. Permit the defendant to inspect any law enforcement report concerning the chain of custody of the person of the defendant, or his/her property, beginning with the time of defendant's arrest and continuing throughout the time that the defendant was in the custody of any police or prosecuting authorities.

21. In the event that law enforcement authorities have not prepared the type of report relating to custody of the defendant, or his/her property, referred to in paragraph 20, to furnish the defendant with the names and addresses of all persons who had custody or control of the defendant or who participated in the custody or control of the defendant beginning with the arrest of the defendant and continuing throughout the time that the defendant was in custody of any police or prosecuting authorities.

22. Furnish copies of any and all statements or reports of prosecution witnesses which have been reduced to writing.

23. Furnish photostatic copies of all crime laboratory reports pertaining to this case.

24. Furnish copies of all offense reports or other official reports pertaining to these offenses.

25. Supply copies of any and all medical reports that the United States of America has or wishes to introduce into evidence with respect to this case or cases.

26.     Permit the defendant to see, inspect, photocopy, and/or copy any photographs, diagrams, blueprints, layouts, or plans of the grounds or buildings of the premises involved in these proceedings which are in the possession of the United States of America.

27.     Allow the defendant to see, inspect, and view any photographs, film, slides, or moving pictures containing relevant evidence in this case which the United States of America has in its possession or intends to use in the preparation for trial and/or trial in this case.

28.     Produce and permit the defendant to inspect and copy any warrants, affidavits, inventories and other related papers involved in these proceedings.

Respectfully submitted,
AUERBACH & SIMMONS


_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Line was sent, this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : |
| Defendant | : |

### CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on this 20th day of April, 2006, I served the Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530, with Defendant's Request for Discovery and Motion to Produce Documents, and I will retain the originals in my possession without alteration until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Respectfully submitted,
AUERBACH & SIMMONS

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line was sent, this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., room 424l, Washington, DC 20530.

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant