IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06-cr-00086 |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant | : | |

**DEMAND FOR TESTIMONY OF CHEMIST AND ANY PERSON
IN THE CHAIN OF CUSTODY**

Your Defendant hereby makes written demand to require the presence at the trial of this matter OF THE CHEMIST, ANALYST, OR ANY OTHER PERSON IN THE CHAIN OF CUSTODY AS A PROSECUTION WITNESS.

                                                     Respectfully submitted,
                                                   AUERBACH & SIMMONS

                                                   _____/s/_____
                                                   Luiz R. S. Simmons, Esq.
                                                   8613 Cedar Street
                                                   Silver Spring, MD  20910
                                                   Phone:  (301) 589-8844
                                                   Fax:     (301) 589-7343
                                                   Luizlaw@aol.com
                                                   Attorney for Defendant

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing  was sent this 20th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

                                                   _____/s/_____
                                                   Luiz R. S. Simmons, Esq.
                                                   8613 Cedar Street
                                                   Silver Spring, MD  20910
                                                   Phone:  (301) 589-8844
                                                   Fax:     (301) 589-7343
                                                   Luizlaw@aol.com
                                                   Attorney for Defendant