## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06CR86 |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant | : | |

## LINE

Please enter the appearance of Luiz R.S. Simmons, Esquire as Counsel for Defendant Fernando Nunez-Zarco in the above-captioned matter.

Respectfully submitted,
AUERBACH & SIMMONS

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line was sent this 25th day of April, 2006, to Assistant U. S. Attorney Arvind Lal, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

_____/s/_____
Luiz R. S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD  20910
Phone:  (301) 589-8844
Fax:     (301) 589-7343
Luizlaw@aol.com
Attorney for Defendant