**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 06-0086-02 (JR)** |
| | **:** | |
| | **:** | |
| **FERNANDO NUNEZ-ZARCO** | **:** | |
| **Defendant.** | **:** | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | **:** | |

**MOTION TO DISMISS**

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the above-captioned case, with prejudice. The defendant has been sentenced and this case should have been dismissed at sentencing. The defendant, through counsel, concurs in the motion to dismiss.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

BY: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Arvind K. Lal
Assistant United States Attorney
Bar No. 389496
555 4th Street, N.W., Room 4217
Washington, D.C. 20530
(202) 353-8833