UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-0086-02 (JR) |
| | : | |
| FERNANDO NUNEZ-ZARCO | : | |
| Defendant. | : | |

**ORDER**

Having considered the Government's motion to dismiss the above captioned case, the defendant's concurrence therewith, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that the above-captioned case is dismissed, with prejudice.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE