**FILED**
APR 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 06-0086-02 (JR) |
| FERNANDO NUNEZ-ZARCO : | |
| Defendant. : | |

### ORDER

Having considered the Government's motion to dismiss the above captioned case, the defendant's concurrence therewith, and the entire record herein, it is this ___8th___ day of ___April___, 2008, hereby

ORDERED that the above-captioned case is dismissed, with prejudice.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE